# United States District Court

AO 245D (Rev. 09/12)
Sheet 1- Judgment in a Criminal Case for Revocations

Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANTONIO MINNIS | Case Number: 4:04CR629-4RWS |
| | USM Number: 31448-044 |
| | Paul Sims |
| | Defendant's Attorney |

THE DEFENDANT:

☒ admitted guilt to violation of conditions(s)  See below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| General Condition | The defendant shall not commit another federal, state, or local crime. | 3/3/16 |
| Standard Condition #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 3/3/16 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. NO.: 9161

Defendant's Date of Birth: 6/20/75

October 7, 2016
Date of Imposition of Judgment

_____
Signature Judge

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

October 7, 2016
Date

Record No.: 600

AO 245D (Rev. 09/12) Judgment in a Criminal Case for Revocation. Sheet 2 - Imprisonment
Case: 4:04-cr-00629-RWS   Doc. #: 1314   Filed: 10/07/16   Page: 2 of 3 PageID #: 5060

Judgment-Page  2  of  2

DEFENDANT: ANTONIO MINNIS
CASE NUMBER: 4:04CR629-4RWS
District: Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FORTY-SIX MONTHS

It is recommended this sentence run consecutive to any sentence imposed in case 4:16CR122 RLW.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./pm on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal
   ☐ as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE



DEFENDANT: ANTONIO MINNIS
CASE NUMBER: 4:04CR629-4RWS
USM Number: _____

## UNITED STATES MARSHAL
### RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
      Deputy U.S. Marshal

☐   The Defendant was released on _____ to _____ Probation

☐   The Defendant was released on _____ to _____ Supervised Release

☐   and a Fine of _____  ☐ and Restitution in the amount of _____

_____
UNITED STATES MARSHAL

By _____
      Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____